UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00001-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DANA GEORGE (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

### JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After considering the official transcript (Rec. Doc. 59) and noting the defendant's waiver of any objections (Rec. Doc. 52), the Court finds the plea is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, DANA GEORGE (01), is ACCEPTED and is fully adjudged guilty of the offense charged in Count 1 of the Indictment, consistent with the report and recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that sentencing is set for 10:00 a.m. on June 29, 2023 before the undersigned in Courtroom 4 at the United States District Court in Lafayette, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 31st day of May, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**